McGREGOR W. SCOTT
United States Attorney
LYNN TRINKA ERNCE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:   (916) 554-2720
Facsimile:    (916) 554-2900

Attorneys for Defendant
Michael O. Leavitt, Secretary of the United States
Department of Health and Human Services

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JOSEPHINE RECTOR

        Plaintiff,

   v.

MSPRC LIABILITY and DOES I through XX, inclusive,

        Defendants.

Case No. 2:07-cv-02446 FCD EFB

**STIPULATION RE DEADLINE FOR UNITED STATES TO RESPOND TO COMPLAINT; ORDER**

Plaintiff Josephine Rector, and defendant United States of America, acting by and through Michael O. Leavitt,[1] Secretary of Health and Human Services, his delegate agency, the Centers for Medicare and Medicaid Services, the Medicare Secondary Payer Recovery Contractor, hereby stipulate and agree as follows:

///

///

///

---

[1] Plaintiff's "ACTION FOR DECLARATORY RELIEF" incorrectly identifies the Secretary as "MSPRC LIABILITY."  The Medicare Secondary Payer Recovery Contractor ("MSPRC") is a Medicare fiscal intermediary for the federal agency that administers the Medicare program on behalf of the Secretary, who remains the real party in interest in any dispute regarding the Medicare program.  *See* 42 C.F.R. § 421.5(b).

1

## **Recitals**

1.  On September 20, 2007, Plaintiff filed her Action for Declaratory Relief in the Superior Court for the State of California, County of Amador, Case No.07-CV-5015.

2.  Plaintiff served a copy of the complaint and summons via letter dated October 10, 2007, which was received by the Office of the General Counsel for the Department of Health and Human Services on October 12, 2007.

3.  The case file was transferred to the Office of the United States Attorney for the Eastern District of California and was assigned to the undersigned Assistant United States Attorney on November 13, 2007.

4.  On November 13, 2007, the United States filed a Notice of Removal in the United States District Court for the Eastern District of California, in Case No. 2:07-cv-02446.

5.  Ordinarily, the United States has 60 days in which to respond to a complaint. However, pursuant to Rule 81(c) of the Federal Rules of Civil Procedure, the United States' response to plaintiff's complaint is due within 5 days of the filing of the removal notice, on November 20, 2007.

6.  In order to allow counsel for the United States to become familiar with the litigation and in light of the current caseload of the Assistant United States Attorney handling this matter for the United States and the impending holiday season, the United States has requested that plaintiff agree to a 60-day extension of time to respond to the complaint.

///
///
///
///
///
///
///
///
///

**Stipulation**

WHEREFORE, the parties hereby stipulate and agree that United States shall respond to the Complaint on or before January 18, 2008.

DATED:  November 15, 2007

McGREGOR W. SCOTT
United States Attorney

By:   /s/ *Lynn Trinka Ernce*
LYNN TRINKA ERNCE
Assistant United States Attorney
Attorneys for Defendant

DATED:  November __, 2007

DREYER, BABICH, BUCCOLA & CALLAHAM, LLP

By:   /s/ *John W. Jefferson*
JOHN W. JEFFERSON
Attorneys for Plaintiff

**IT IS SO ORDERED.**

DATED:  November 20, 2007

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE