McGREGOR W. SCOTT
United States Attorney
LYNN TRINKA ERNCE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:   (916) 554-2720
Facsimile:    (916) 554-2900

Attorneys for Defendant
Michael O. Leavitt, Secretary of the United States
Department of Health and Human Services

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPHINE RECTOR,<br><br>    Plaintiff,<br><br>    v.<br><br>MSPRC LIABILITY and DOES I through XX, inclusive,<br><br>    Defendants. | Case No. 2:07-cv-02446 FCD EFB<br><br>**STIPULATION RE DEADLINE FOR UNITED STATES TO RESPOND TO COMPLAINT; ORDER** |

   Plaintiff Josephine Rector and the United States of America, acting by and through Michael O. Leavitt, Secretary of the United States Department of Health and Human Services, hereby stipulate and agree as follows:

**Recitals**

   1.   On September 20, 2007, Plaintiff filed her Action for Declaratory Relief in the Superior Court for the State of California, County of Amador, Case No.07-CV-5015.  The United States removed the action to this Court on November 13, 2007.

   2.   Plaintiff's complaint incorrectly identifies "MSPRC LIABILITY" as defendant in this action.  The Medicare Secondary Payer Recovery Contractor ("MSPRC") is a special contractor for the federal agency the Centers for Medicare and Medicaid Services, which administers the Medicare program on behalf of the Secretary, who remains the real party in interest in any dispute regarding the Medicare program.  *See* 42 C.F.R. § 421.5(b).

1

3. Plaintiff's complaint also includes Doe Defendant allegations, which are not authorized by the Federal Rules of Civil Procedure.

**Stipulation**

WHEREFORE, the parties hereby stipulate and agree as follows:

A. Upon Court approval of this stipulation, the Secretary shall be substituted in as defendant in place of MSPRC LIABILITY and the Doe Defendants shall be dismissed from the Complaint with prejudice.

B. To accurately reflect the foregoing changes, the parties respectfully request that the Court order that the case caption on all future pleadings read as follows:

| | |
|---|---|
| JOSEPHINE RECTOR,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL O. LEAVITT, Secretary of the United States Department of Health and Human Services,<br><br>　　　　　　Defendant. | Case No. 2:07-cv-02446 FCD EFB |

DATED: January 16, 2008        McGREGOR W. SCOTT
                               United States Attorney

                               By:   /s/ *Lynn Trinka Ernce*
                               LYNN TRINKA ERNCE
                               Assistant United States Attorney
                               Attorneys for Defendant

DATED: January 16, 2008        DREYER, BABICH, BUCCOLA &
                               CALLAHAM, LLP


                               By:   /s/ John W. Jefferson
                               JOHN W. JEFFERSON
                               Attorneys for Plaintiff

**IT IS SO ORDERED.**

DATED: January 18, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

2